PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
JUN 06 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Ricky Lee Graef #407276
Plaintiff's Name and ID Number

Collin County Detention Facility
Place of Confinement

CASE NO. 6:25cv208
(Clerk will assign the number)

v.

Sheriff James Skinner 4300 Community Ave, McKinney Tx 75071
Defendant's Name and Address

Defendant's Name and Address

Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, <u>DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.</u> ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Graef
3C-0101

*General Order 21-11*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

**GENERAL ORDER ADOPTING NEW FORM FOR PRISONERS FILING ACTIONS UNDER 42 U.S.C. § 1983**

It is hereby **ORDERED**, effective immediately, that this court adopts a prescribed form for prisoners filing complaints under the Civil Rights Act, 42 U.S.C. § 1983. Complaints may be accepted and filed in other forms at the discretion of the court; however, completion of the prescribed form may be required as an auxiliary pleading.

It is further **ORDERED** that General Order 15-21 regarding the previous prescribed prisoner civil rights form is rescinded.

**FOR THE COURT:**

So **ORDERED** and **SIGNED** this **9th day of August, 2021.**

**RODNEY GILSTRAP**
**Chief Judge**

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of $402.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

## I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? __ YES ✓ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: ____________________
2. Parties to previous lawsuit:
   Plaintiff(s) ____________________
   Defendant(s) ____________________
3. Court: (If federal, name the district; if state, name the county.) ____________________
4. Cause number: ____________________
5. Name of judge to whom case was assigned: ____________________
6. Disposition: (Was the case dismissed, appealed, still pending?) ____________________
7. Approximate date of disposition: ____________________

**II. PLACE OF PRESENT CONFINEMENT:** Collin County Detention Facility

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

**Have you exhausted all steps of the institutional grievance procedure?** ✓ **YES** ___ **NO**

**Attach a copy of your final step of the grievance procedure with the response supplied by the institution.**

**IV. PARTIES TO THIS SUIT:**

**A. Name and address of plaintiff:** RICKY LEE GRAEF #407276
4300 COMMUNITY AVE
MCKINNEY TX 75071

**B. Full name of each defendant, his official position, his place of employment, and his full mailing address.**

**Defendant #1:** SHERIFF JAMES SKINNER, SHERIFF COLLIN COUNTY, COLLIN COUNTY TEXAS, 4300 COMMUNITY AVE MCKINNEY TX 75071

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

REFUSAL TO PROVIDE KOSHER MEALS AND/OR HOLY MEALS (AT HOLIDAYS), HOLY BOOKS AND ACCESS TO RABBI, THEREBY INTERFERING W/ MY FAITH.

**Defendant #2:** ______

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

______

**Defendant #3:** ______

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

______

**Defendant #4:** ______

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

______

**Defendant #5:** ______

**Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.**

______

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

AS A JEWISH INMATE, IN COMPLIANCE WITH MY FAITH, I REQUIRE A KOSHER DIET THAT ADHERES TO LEVITICAL DIETARY & RABBINICAL LAW. I'M NOT BEING FED A KOSHER DIET NOR IS THE DIET I'M FED IN COMPLIANCE. THIS CONTINUES TO OCCUR IN COLLIN CO. DETENTION FACILITY WHICH IS UNDER THE CARE OF SHERIFF JAMES SKINNER. ALL MEALS ARE SERVED IN UNSEALED STYROFOAM TRAYS. BREAKFAST CONSISTS OF ROLLED OATS THAT ARE NEITHER KOSHER NOR PREPARED AS SUCH. THEN, EVERYDAY AT LUNCH, I ALONG WITH ALL JEWISH INMATES, ARE FED A STYROFOAM TRAY OF LOOSE PINTO BEANS, 2 PC. OF BREAD & BUTTER, NEITHER OF THESE FOODS

(CONT ON ADDITIONAL PAGE)

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order SHERIFF SKINNER TO PROVIDE ME WITH AN APPROPRIATE KOSHER DIET & HOLY DAY MEALS AS WELL AS A TORAH, TALMUD & ACCESS TO A RABBI ~~OR CHAPLAIN~~ & OBSERVE JEWISH HOLIDAYS

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Ricky LEE GRAEF JR, RAYMOND RHODES, RICK LEE GRAEF

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

T89595, 407276, 60013-037

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES _✓_NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):______
2. Case number:______
3. Approximate date sanctions were imposed:______
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):________________
2. Case number:________________
3. Approximate date warning was issued:________________

Executed on: 6/3/2025
DATE

RICKY LEE GRAFF

[signature]
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 3 (Day) day of JUNE (month), 20 25 (year).

RICKY LEE GRAFF

[signature]
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

V STATEMENT OF CLAIM: PAGE 2 of 2

IS KOSHER AS INDICATED BY THE ABSENSE OF THE APPROPRIATE KOSHER MARKINGS ON THE PACKAGES. THE ONLY KOSHER MEAL JEWISH INMATES ARE FED IS THE EVENING MEAL WHICH COMES IN A CLEAR SEALED BAG. SHERIFF SKINNER IS RESPONSIBLE FOR ALL ASPECTS OF HIS FACILITY, INCLUDING BUT NOT LIMITED TO, AN APPROPRIATE & CONFORMING RELIGIOUS MEAL THAT DOES NOT INTERFERE WITH MY ABILITY TO PRACTICE MY FAITH. I'M BEING DENIED SUCH & HAVE EXHAUSTED ALL ADMINISTRATIVE REMEDIES. I'M ALSO BEING DENIED APPROPRIATE HOLIDAY MEALS WHICH ARE REQUIRED BY MY FAITH. WHEN ASKED TO OBSERVE THE SHAVOT (AN OFFICIALLY RECOGNIZED HOLY DAY) I WAS TOLD "YOU'RE ALREADY ON KOSHER" NOR DID THEY PROVIDE A SPACE TO OBSERVE WITH CANDLES, HYMNS, A TORAH OR THE APPROPRIATE MEAL OF DAIRY, CHEESE & MEAT. I'VE REQUESTED A TORAH & TALMUD AND TO SPEAK TO A RABBI ONLY TO BE TOLD "WE DONT HAVE ONE." THESE ARE ALL INTERFERRING WITH MY ABILITY TO APPROPRIATELY PRACTICE MY FAITH & OBSERVE HOLY DAYS. ADDITIONALLY, THESE MEALS ARE NOT PREPARED OR SERVED IN A KOSHER WAY.

Collin County Detention Facility
Ricky Graef #407276
4300 Community Ave
McKinney Tx 75071

NORTH TEXAS TX P&DC
DALLAS TX 750
4 JUN 2025 PM 6 L

FRANK

USA FOREVER

FILED

JUN 0 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

United States District Court
Eastern District of Texas Sherman Division
(Prisoners Civil Rights Complaint)
211 W. Furguson St.
~~75702~~ Tyler Texas 75702